PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Lashawn Porcher    Cr.: 18-00163-001
                                     PACTS #: 2599613

Name of Sentencing Judicial Officer:    THE HONORABLE MADELINE COX ARLEO
                                        UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 07/11/2019

Original Offense:    18 U.S.C. § 1349 - Attempt and Conspiracy to Commit Mail Fraud
                     26 U.S.C. § 7206(2) - Fraud and False Statements

Original Sentence: 60 months' probation

Special Conditions: Special Assessment $200.00, Restitution $540,258.36, Substance Abuse Testing/Treatment, Financial Disclosure, Cooperate with IRS, Mental Health Treatment, No New Debt/Credit, Motor Vehicle Compliance

Type of Supervision: Supervised Release    Date Supervision Commenced: 7/11/19

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | On July 23, 2019, the offender submitted a urine sample that yielded positive results for marijuana and signed an Admission of Drug Use form. In addition, Porcher failed to report for random substance abuse testing on August 15 and 29, 2019, September 12 and 26, 2019 and October 10, 2019. Additionally, offender failed to report to substance abuse treatment on August 26, 2019, September 9,16,23,30. 2019, and October 7 and 14, 2019. |
| 2 | On October 3, and 11, 2019, the offender failed to report as instructed by the probation officer. |
| 3 | Failed to Remain Current with Restitution Payments. |

U.S. Probation Officer Action:

The Probation Office is recommending no Court Action be taken at this time. Due to offender's continued residence in Atlanta, Georgia, the United States Probation Office in the Northern District of Georgia is requesting a transfer of jurisdiction. Upon obtaining jurisdiction, the Northern District of Georgia will address Porcher's continued non-compliance and initiate violation of supervised release proceedings if deemed necessary.

Respectfully submitted,

*Elisa Martinez/jm*
By: Elisa Martinez
Supervising U.S. Probation Officer
Date: 11/18/2019

---

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑ No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

Dec 5-19
_____
Date